Date of Arrest: **09/19**

# United States District Court

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Melvin CAMPOS<br>AKA: None Known<br>073678256<br>YOB: 1975<br>Citizen of: El Salvador<br>Defendant | Magistrate Case No. **16-1732MJ**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a),<br>enhanced by (b)(1) (Re-Entry After Removal),<br>Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about September 19, 2016 Defendant Melvin CAMPOS, an alien, was found in the United States at or near Tacna, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Alexandria, La, on or about June 1, 2016. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_reviewed AUSA Lewis Uh/_
_USBP_

_____
Signature of Complainant
Miguel Toledo
Border Patrol Agent

Sworn to before me and subscribed in my presence,

_____September 21, 2016_____       at       Yuma, Arizona_____
Date                                                                City and State

James F Metcalf, United States Magistrate
Name & Title of Judicial Officer                              Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Melvin CAMPOS
AKA: None Known
073678256

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about September 19, 2016, near Tacna, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of El Salvador and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Atlanta, Georgia on or about February 27, 1999. The Defendant was most recently removed on or about June 1, 2016, through the port of Alexandria, La, subsequent to a conviction in a Superior Court, State of Maryland, County of Anne Arundel, on or about May 5, 1998, for the crime of Theft: Less $300 Value, a felony.

Agents determined that on or about September 19, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____September 21, 2016_____
Date

_____
Signature of Judicial Officer

-2-